FILED
July 1, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| ) | Case No.  2:09-mj-213 KJM |
| Plaintiff,           ) | |
| v.                                                        ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| CECILY NICOLE KING MATTHEWS,  ) | |
| ) | |
| Defendant.           ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release Cecily Matthews Case 2:09-mj-213 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   ___   Release on Personal Recognizance

   X     Bail Posted in the Sum of _____

   X     Unsecured bond in the amount of 10,000.00

   ___   Appearance Bond with 10% Deposit

   ___   Appearance Bond secured by Real Property

   ___   Corporate Surety Bail Bond

   X     (Other) Pretrial conditions/supervision; released on previously ordered conditions in the Southern District of Alabama

Issued at Sacramento, CA on 7/1/09 at 2:15 p.m.

By ____Dale A. Drozd____
Dale A. Drozd,
United States Magistrate Judge